RECEIVED
IN LAKE CHARLES, LA

MAR 31 2009

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | |
|---|---|
| **JOSEPH G. SHERRICK** | **CIVIL ACTION NO. 07-2118** |
| **VERSUS** | **SECTION "P"** |
| **C. PAUL PHELPS CORRECTIONAL CENTER AND SGT. C. MILLER** | **JUDGE MINALDI** <br> **MAGISTRATE JUDGE KAY** |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

**ORDERED** that plaintiff's civil rights action is **DISMISSED WITH PREJUDICE**, *sua sponte*, under 28 U.S.C. § 1915(e)(2)(B) as frivolous and for failing to state a claim for which relief may be granted.

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this the 31 day of March, 2009.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE